| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☐ Individual appearing without counsel<br>☐ Attorney for Movant |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>CATALINA ORTIZ,<br><br>Debtor(s).<br><br>Trustee. | CHAPTER: 13<br>CASE NO.: 2:09-bk-18884 VK<br>DATE: June 29, 2009<br>TIME: 2:00 p.m.<br>CTRM: 1675<br>FLOOR: 16th |
|---|---|

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362
### (MOVANT: Downey Savings and Loan Association, F.A.)

1. The Motion was: ☐ Contested    ☐ Uncontested    ☒ Not Prosecuted

2. The description of the property (the "Property") to which this Order applies is as follows (specify common description or street address):    **10146 Pounds Avenue**
   **Whittier, California**

3. The Motion is denied:  ☒ without prejudice    ☐ with prejudice    ☒ on the following grounds:

   ☐ Based upon the findings and conclusions made on the record at the hearing
   ☐ Unexcused non-appearance by Movant
   ☐ Lack of proper service
   ☐ Lack of good cause shown for relief from stay
   ☐ The automatic stay is no longer in effect under:   ☐ 11 U.S.C. § 362(c)(2)(A)   ☐ 11 U.S.C. § 362(c)(2)(B)
                                                          ☐ 11 U.S.C. § 362(c)(3)(A)   ☐ 11 U.S.C. § 362(c)(4)(A)

   ☒ Other (specify): Movant failed to appear at the hearing.

4. ☐ Movant may not file another motion for relief from the stay in this case absent a court order authorizing re-filing.

Dated: 7/20/09

_____
UNITED STATES BANKRUPTCY JUDGE

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              **F 4001-10.DENY**

| In re: | CHAPTER 13 |
|---|---|
| CATALINA ORTIZ | |
| Debtor. | CASE NUMBER 2:09-bk-18884 VK |

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Denying Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

MOVANT'S COUNSEL
Joey DeLeon
joeydeleon@downeysavings.com
cgeoghegan@downeysavings.com
carlotaseng@downeysavings.com

CHAPTER 13 TRUSTEE
Nancy K. Curry
ecfnc@trustee13.com

DEBTOR'S COUNSEL
Matthew D. Resnik
matt@resniklaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR
Catalina Ortiz
10146 Pounds Avenue
Whittier, CA 90603

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                     F 4001-10.DENY