| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ms. Joey DeLeon [CA Bar No.150974]<br>3501 Jamboree Rd., North Tower, 4th Floor<br>Newport Beach, CA 92660<br>Phone: (949) 509-4231 / Fax (949) 725-0619<br>☐ *Individual appearing without counsel*<br>■ *Attorney for:* Downey Savings and Loan Association F.A. | **FILED & ENTERED**<br><br>**JUL 30 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bryant **DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**CATALINA ORTIZ**<br><br>Debtor(s). | CHAPTER: **13**<br><br>CASE NO.: **2:09-bk-18884-VK** **CHANGES MADE BY COURT**<br><br>DATE: **6/29/09**<br>TIME: **2:00 p.m.**<br>CTRM: **1675**<br>FLOOR: **16th** |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: Downey Savings and Loan Association, F.A.)

1. The Motion was:   ☐ Contested   ☐ Uncontested   ☒ Settled by stipulation

2. The Motion affects the following real property (the "Property"):
   *Street Address:*         **10146 Pounds Avenue**
   *Apartment/Suite no.:*
   *City, State, Zip Code:* **Whittier, CA 90603**

   Legal description or document recording number (including county of recording): Deed of Trust recorded **9/15/2005** as Document No. **05 2227467** in **Los Angeles** County, California with respect to property legally described as:

   **LOT 132 OF TRACT NO. 18583 IN THE CITY OF WHITTIER, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 473, PAGES 49 AND 50 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

   ☐ See attached page.

3. The Motion is granted under:   ☐ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. §362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a.   ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b.   ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c.   ☒ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                    **F 4001-10.RP**

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. §362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10.ER*).

    d. ☒ See attached continuation page for additional provisions.

###

DATED: July 30, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

| | |
|---|---|
| In re<br>**CATALINA ORTIZ**            Debtor(s). | CHAPTER: **13**<br>CASE NO.: **2:09-bk-18884 VK** |

**ADEQUATE PROTECTION ATTACHMENT**
**(MOVANT: Downey Savings and Loan Association, F.A.)**
*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐   The Debtor(s) tendered payments at the hearing in the amount of $_____.

2. ☐   The Debtor(s) shall make regular monthly payments in the amount of $_____ commencing _____.
The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

> ***Downey Savings and Loan Association***
> ***Attn: Foreclosure supervisor***
> ***3501 Jamboree Road***
> ***North Tower, 3rd Floor***
> ***Newport Beach, CA 92660***

3. ☐   The Debtor(s) shall cure the post-petition default computed through _____ in the sum of $_____ as follows:
   a. ☐ In equal monthly installments of $_____ each commencing _____ and continuing thereafter through and including _____.
   b. ☐ By paying the sum of $_____ on or before _____.
   c. ☐ By paying the sum of $_____ on or before _____.
   d. ☐ By paying the sum of $_____ on or before _____.
   e. ☐ Other:

4. ☒   The Debtor(s) shall maintain insurance coverage on the Property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐   The Debtor(s) shall file a Disclosure Statement and Plan on or before (*specify date):*
Disclosure Statement shall be approved on or before *(specify date):*
The Plan shall be confirmed on or before *(specify date):*

6. ☐   Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s) and any attorney for Debtor(s). If Debtor(s) fail(s) to cure the default within 10 calendar days after mailing of such written notice:
   a. ☐ The stay shall automatically terminate without further notice, hearing or order.
   b. ☐ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.
   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.
   d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*            **F 4001-10.RP**

7. ☐ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of _ *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has default this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by Court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 10-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other: *(specify)*

    1. Debtor shall deliver to Downey, through its attorney of record, on or before 6/16/09, certified funds in the sum of **$1,818.04**, which shall be applied toward the **June 2009** post-petition payment.

    2. Commencing July 1, 2009, and monthly thereafter, Debtor shall pay directly to Downey in certified funds all post-petition payments and applicable late charges to accrue under Downey's Note and Deed of Trust. Each payment is currently **$1,818.04** (but is subject to change), and is due on the first day of the calendar month during which the same accrues, and a late charge of **$109.08** accrues with respect to any payment not received by Downey on or before the 16th day of the month during which the same is due. Debtor shall also timely pay and perform all other post-petition obligations to accrue under Downey's Note and Deed of Trust, including the payment of real estate taxes, and the maintenance of insurance, on the Property.

    3. ~~Downey's arrearages shall be repaid in full through Debtor's Chapter 13 Plan with interest at the rate of **9.25%** per annum. The Addendum to the Chapter 13 Plan shall be deleted in its entirety, and the provisions thereof shall not be applicable to Downey, or its successors in interest.~~ Downey shall file an amended Proof of Claim to include Downey's attorney's fees and costs incurred in the within case, which shall be repaid through Debtor's Chapter 13 Plan with interest. In addition, delinquent real estate taxes on the Property for the **2007-08** and **2008-09** tax year aggregating approximately **$14,154.20** shall also be repaid in full through Debtor's Chapter 13 Plan. ~~This Order shall constitute Debtor's motion to modify the Plan to conform to the terms of this paragraph, and the Court's Order approving the same, and the Chapter 13 Trustee is ordered to make payments under the Plan consistent with the terms of this Order, without the necessity of any further documents being filed or court order being issued.~~ To the extent any conflict or ambiguity exists between the terms of the Debtor's Plan, and the terms of this Order, the terms of this Order shall control

    4. Any payment to be made or notice to be given to Downey shall be delivered only to: Downey Savings and Loan Association F.A., 3501 Jamboree Road, 3rd Floor, North Tower, Newport Beach, California 92660, Attention: Foreclosure Supervisor, or at such other place as may be noticed to Debtor by Downey or its successors in interest, and shall reference loan number ******8075.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 4001-10.RP**

   5. If Debtor(s) shall fail to make any of the payments or perform any other obligations in the time, amount, and/or manner required by this Order and/or Downey's Note and Deed of Trust, Downey shall mail notice of the default to Debtor, with a copy of the notice faxed to Debtor's attorney (if any). If the default is not wholly cured in certified funds within ten (10) days of the mailing of the notice, or upon the occurrence of the fourth or any subsequent default, Downey shall be released from the Stay provided under 11 U.S.C. §362(a) with respect to the Property without further notice, court hearing or order, and without any forbearance provided under Bankruptcy Rule 4001(a)(3). Only three (3) notices of default are required to be given by Downey. The cure of any default must contain any payment(s) that subsequently become due through the date of the cure. Downey's attorney's fees and enforcement costs are recoverable to the extent authorized by Downey's Deed of Trust and permitted by law.

   6. Time is of the essence in the payment and performance of all obligations hereunder. Acceptance of any partial or late payments shall not constitute a cure of any default, and shall not prejudice or waive Downey's rights under this Order and/or its Note and Deed of Trust.

   7. ~~This Order is binding in any pending and subsequent Bankruptcy cases filed by anyone claiming an interest in the Property, no matter who the debtors may be, for a period of two years from the date of entry of this Order, irrespective of the Chapter or any conversion thereof, and shall inure to the benefit of Downey, and its successors in interest.~~

APPROVED AS TO FORM AND CONTENT:

*/s/ Joey DeLeon*
Joey DeLeon, Esq.
Attorney for Downey Savings and Loan Association, F.A.

<u>*SEE DOCUMENT NO. 28 FOR SIGNATURE OF DEBTOR'S COUNSEL*</u>
Matthew Resnik, Esq.
Attorney for Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  F 4001-10.RP

| In re<br><br>**CATALINA ORTIZ** | Debtor(s). | CHAPTER: **13**<br><br>CASE NO.: **2:09-bk-18884 VK** |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3501 Jamboree Road, North Tower, 4th Floor, Newport Beach, CA 92660.**

A true and correct copy of the foregoing document described **"Order Granting Motion for Relief from the Automatic Stay under 11 U.S.C. §362 (Real Property)"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: **NONE**     ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **July 20, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*(Served via U.S. Mail):*
CATALINA ORTIZ 10146 Pounds Avenue, Whittier, CA 90603
Matthew Resnik 449 S. Beverly Drive, Suite 210, Beverly Hills, CA 90212
NANCY K. CURRY 606 South Olive Street, Suite 950, Los Angeles, CA 90014
United States Trustee 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017
Chase Home Finance - OHI-1277, Columbus, OH 43218-2223
Los Angeles County Tax Collector, P.O. Box 54110, Los Angeles, CA 90054-0018
Capital One Auto Finance Department, P.O. Box 201347, Arlington, TX 76006

Honorable V. Kaufman, Suite 1682
U.S. Bankruptcy Court – Los Angeles Division
255 E. Temple Street, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 20, 2009 | Cassandra Geoghegan | */s/ Cassandra Geoghegan* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 4001-10.RP**

| In re<br><br>**CATALINA ORTIZ** | Debtor(s). | CHAPTER: **13**<br><br>CASE NO.: **2:09-bk-18884 VK** |
|---|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in Category 1.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **"Order Granting Motion for Relief from the Automatic Stay under 11 U.S.C. §362 (Real Property)"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 24, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Nancy K Curry     ecfnc@trustee13.com
- Joey Deleon     joeydeleon@downeysavings.com
- Matthew D Resnik     matt@resniklaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

CATALINA ORTIZ, 10146 Pounds Avenue, Whittier, CA 90603

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 4001-10.RP**